UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL W. WILLIAMS                                                                    PLAINTIFF

V.                                        No. 4:22-CV-797-JM

DEXTER PAYNE,
Director, ADC, *et al*.                                                              DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Williams's Complaint (*Doc. 2*) is DISMISSED, without prejudice. All pending Motions (*Docs. 7, 8 & 10*) are DENIED, as moot. The dismissal will count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g); *see Gonzalez v. United States*, 23 F.4th 788, 789 (8th Cir.), *cert. denied*, 142 S. Ct. 2837 (2022). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 16th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE