## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL W. WILLIAMS                                                    PLAINTIFF

V.                                    No. 4:22-CV-797-JM

DEXTER PAYNE,
Director, ADC, *et al*.                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED,

ORDERED, and ADJUDGED that all claims brought in this case are DISMISSED

without prejudice. This case is closed. The Court certifies pursuant to 28 U.S.C. §

1915(a)(3) that an *in forma pauperis* appeal of this Judgment or any related Orders

would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE